148 A.3d 744

WILLIAM EDWARDS AND CAROLINE EDWARDS, PLAINTIFFS-PETITIONERS, v. STATE OF NEW JERSEY CASINO CONTROL COMMISSION, LINDA KASSEKERT, AND GARY STEIN, DEFENDANTS-RESPONDENTS, AND TAMA HUGHES AND MARK GIANNANTONIO, DEFENDANTS.

Filed July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005717-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.